People v Mercado (2025 NY Slip Op 05105)

People v Mercado

2025 NY Slip Op 05105

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
VALERIE BRATHWAITE NELSON
DEBORAH A. DOWLING
CARL J. LANDICINO
PHILLIP HOM, JJ.

2023-03857
 (Ind. No. 70138/20)

[*1]The People of the State of New York, respondent,
v
Matthew L. Mercado, appellant.

Matthew Christiana, Brooklyn, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Cynthia Dolan of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (William L. DeProspo, J.), imposed February 22, 2023, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Bolton, 235 AD3d 995; People v Young, 225 AD3d 903). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d 248, 256).
BARROS, J.P., BRATHWAITE NELSON, DOWLING, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court